```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION


MONSANTO COMPANY and              )
MONSANTO TECHNOLOGY, LLC,         )
                                  )
          Plaintiffs,             )
                                  )
     vs.                          )    No. 4:07-CV-833 (CEJ)
                                  )
RANDY FOSTER,                     )
                                  )
          Defendant.              )
```

**ORDER**

**IT IS HEREBY ORDERED** that the parties shall submit complete transcripts of all deposition testimony that is cited in support of or in opposition to a motion. Excerpted portions of a witness's deposition testimony will not be considered by the Court absent a showing of good cause for not submitting the entire transcript.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 26th day of July, 2007.